497 P.2d 742

Paul MABREY, Respondent,

v.

MOBIL OIL CORPORATION, Petitioner,

v.

D. E. SPARGER, d/b/a Jet Construction Company, Respondent.

No. 9463.

Supreme Court of New Mexico.

May 2, 1972.

Further ordered that the record in Court of Appeals Cause No. 838 be and the same is hereby returned to the Clerk of the Court of Appeals.

497 P.2d 742

STATE of New Mexico, Respondent,

v.

Billy Joe HUNT and Charles E. Taylor, Relators.

No. 9472.

Supreme Court of New Mexico.

May 15, 1972.

Further ordered that Court of Appeals record in Cause No. 793, 83 N.M. 753, 497 P.2d 755 be and the same is hereby returned to the Clerk of the Court of Appeals.

497 P.2d 742

George TILL and Ken Gaston, Petitioners,

v.

Franklin JONES, Commissioner of Revenue, State of New Mexico, Respondent.

No. 9477.

Supreme Court of New Mexico.

May 24, 1972.

Further ordered that the record in Court of Appeals Cause Nos. 781 and 782, 83 N.M. 743, 497 P.2d 745, be and the same is hereby returned to the Clerk of the Court of Appeals.

497 P.2d 742

STATE FARM FIRE AND CASUALTY COMPANY, Petitioner,

v.

MILLER METAL COMPANY, and Lennox Industries, Inc., Respondents.

No. 9408.

Supreme Court of New Mexico.

June 1, 1972.

Further ordered that the Court of Appeals record in Cause No. 679, 83 N.M. 516, 494 P.2d 178, be and the same is hereby returned to the Clerk of the Court of Appeals.